Curtis Lee STILL, Appellant,

v.

Marcia Inez STILL, Respondent.

No. WD 61935.

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

Jack A. Lewis, North Kansas City, MO for Appellant.

Michael Joseph Svetlick, Kansas City, MO for Respondent.

Before JAMES M. SMART, JR., P.J.,
ROBERT G. ULRICH, and LISA
WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Curtis Still appeals the trial court's award of maintenance in the dissolution of his marriage to Marcia Still on the basis that the statutory requirements for periodic maintenance were not met. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).